FILED

DEC 31 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>Juan Arnoldo ACOSTA Gutierrez<br><br>Defendant. | MAGISTRATE CASE No: '07 MJ 9004<br><br>COMPLAINT FOR VIOLATION OF 8, U.S.C., Section 1324(a)(2)(B)(ii)- Bringing in Illegal Alien(s) for Financial Gain |

The undersigned complainant, being duly sworn, states:

On or about December 27, 2007, within the Southern District of California, defendant Juan Arnoldo ACOSTA Gutierrez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Marilu PALENCIA Garibay, Jesus Marisa CASTRO Fabela, and minor J.M.A.C., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached Statement of facts, which is incorporated herein by reference.

[signature]
Izabel Figueroa, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31ST DAY OF DECEMEBER 2007.

[signature]
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Juan Arnoldo ACOSTA Gutierrez

**Probable Cause**

I, Customs Border Protection Enforcement Officer Jose L. Bolanos, declare under penalty of perjury, the following is true and correct:

On December 27, 2007, at approximately 11:02 A.M., Juan Arnoldo ACOSTA Gutierrez arrived at the Calexico, California, West Port of Entry, as the driver of a blue Oldsmobile Ciera, and was accompanied by Marilu PALENCIA Garibay, Jesus Marisa CASTRO Fabela, and minor J.M.A.C.

During the primary inspection, ACOSTA Gutierrez gave a negative Customs declaration to United States Border Protection Officer (CBPO) Luis Garcia. CBPO Garcia stated that ACOSTA Gutierrez presented a Border Crossing card for entry. CBPO Garcia noticed that all occupants were imposters to documents presented and escorted into secondary office for further inspection.

At the vehicle secondary office records show that ACOSTA Gutierrez is a native and citizen of the Mexico with numerous apprehension for being an imposter and driver of vehicles with imposters.

ACOSTA Gutierrez was placed under arrest. ACOSTA Gutierrez was advised of his rights per Miranda. ACOSTA Gutierrez stated he understood his rights and would speak without counsel. ACOSTA Gutierrez stated he made smuggling arrangements with a man that goes by the name "El Gordo". ACOSTA Gutierrez admitted that "El Gordo" was going to give him a discount for successfully crossing the border as the driver of the vehicle. ACOSTA Gutierrez stated "El Gordo" provided him with the documents and vehicle to cross. ACOSTA Gutierrez admitted he had attempted to smuggle approximately ten times in which he had never been successful.

Material Witness Marilu PALENCIA Garibay stated she is a native and citizen of Mexico with no legal documents to enter, reside or pass through the United States. PALENCIA Garibay stated she made the smuggling arrangements herself to be smuggled into the United States. PALENCIA Garibay states she was picked up by ACOSTA Gutierrez and he was in possession of all the documents that

UNITED STATES OF AMERICA
v.
Juan Arnoldo ACOSTA Gutierrez

were used. PALENCIA Garibay stated she was going to pay an unknown amount to be smuggled into the United States, and that her final destination would have been Los Angeles, California.

Material Witness CASTRO Fabela, Jesus Marisa and minor son J.M.A.C. stated they were natives and citizens of Mexico with no legal entry documents to enter, reside or pass through the United States. CASTRO Fabela stated her cousin Juvencio Castro made the arrangements to smuggle her and her son into the United States. CASTRO Fabela stated her and her son's final destination would have been Los Angeles, California.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

UNITED STATES OF AMERICA
v.
Juan Arnoldo ACOSTA Gutierrez

Material Witness:

| Name | Country of Birth |
|---|---|
| Marilu PALENCIA Garibay | MEXICO |
| Jesus Marisa CASTRO Fabela | MEXICO |
| J.M.A.C. (minor) | MEXICO |

Further, the complainant states that she believes said aliens are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on December 28, 2007 at approximately 04:00 P.M.

Jose L. Bolanos, CBP
Enforcement Officer

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 27, 2007 in the violation of Title 8, United States Code, § 1324.

HON. Cathy Bencivengo
UNITED STATES MAGISTRATE JUDGE

12/28/07 @ 6:45 pm
Date and Time