UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Juan Arnoldo Acosta Guiterrez<br><br>Defendant(s) | CRIMINAL NO. 07 MJ 9004<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

CATHY ANN BENCIVENGO

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Marilu Palencia Garibay

DATED: 01/04/08

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by ______________________
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082