UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
Plaintiff )
vs. )
Juan Arnoldo Acosta-Gutierrez )
Defendant(s) )

CRIMINAL NO. 07MJ9004

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

J.M.A.C

DATED: 1-15-08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk



✩ U.S. GPO: 2003-581-774/70082